MANUFACTURERS TRUST COMPANY V. RICHARD E. WELDON.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

NATIONAL VARIETY ARTISTS, INC., V. NATIONAL VARIETY ARTISTS FUND and Others.— Motion granted. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FRANK X. CHESTER and Others, Suing, etc., V. LAWYERS MORTGAGE COMPANY and Others, Impleaded, etc. LILLIAN G. CLUM and Another V. LAWYERS MORTGAGE COMPANY and Others, Impleaded, etc. GEORGE F. BERNZOTT and Others V. HOME TITLE INSURANCE COMPANY and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FAY WEBB VALLEE V. HUBERT PRIOR VALLEE.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GODFREY UPDIKE and Others, etc., as Trustees, etc., V. MANUFACTURERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See ante, p. 15.]

In the Matter of the Application of DAVID F. ENGEL and Others, for an Order Requiring DAVID WEINTRAUB to Submit Certain Differences between the Parties to Arbitration and Staying Said DAVID WEINTRAUB from Proceeding in an Action, etc., against the Said DAVID F. ENGEL and Others in the Supreme Court of the State of New York, County of New York.— Motion for leave to appeal to the Court of Appeals and for a stay, or for a reargument, denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of DAVID F. ENGEL and Others, for an Order Requiring DAVID WEINTRAUB to Submit Certain Differences between the Parties to Arbitration and Staying Said DAVID WEINTRAUB from Proceeding in an Action against ENGEL & Co. in the Supreme Court of the State of New York, County of New York.— Motion for leave to appeal to the Court of Appeals and for a stay, or for a reargument, denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of DAVID F. ENGEL and Others, for an Order Requiring DAVID WEINTRAUB to Submit Certain Differences between the Parties to Arbitration and Staying Said DAVID WEINTRAUB from Proceeding in an Action, etc., against the Said DAVID F. ENGEL and Others in the Supreme Court of the State of New York, County of New York.— Motion for leave to appeal to the Court of Appeals and for a stay, or for a reargument, denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JOSEPH M. ROTHSCHILD to Compel VICTOR ROUDIN, an Attorney at Law of the State of New York, to Turn over Certain Moneys Wrongfully Withheld.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon